```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18050
   ANGELA DENISE WALLER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9480


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/02/2007 and was not confirmed.

     The case was converted to chapter 7 after confirmation 01/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------

HSBC MORTGAGE SERVICES     CURRENT MORTG         .00           .00           .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE    24705.00           .00           .00
TOYOTA MOTOR CREDIT        SECURED VEHIC    15000.00           .00           .00
TOYOTA MOTOR CREDIT        UNSECURED         8326.22           .00           .00
TOYOTA MOTOR CREDIT CORP   NOTICE ONLY      NOT FILED          .00           .00
ALLIANCE ONE               UNSECURED        NOT FILED          .00           .00
AMERICAS FINANCIAL CHOIC   UNSECURED          317.00           .00           .00
AMERICAN TERMINAL          UNSECURED        NOT FILED          .00           .00
AMERICAN TERMINAL          UNSECURED        NOT FILED          .00           .00
AMERICASH LOANS LLC        UNSECURED         2387.91           .00           .00
ROUNDUP FUNDING LLC        UNSECURED         2046.45           .00           .00
APPLIED CARD BANK          NOTICE ONLY      NOT FILED          .00           .00
ACCOUNTS RECEIVABLE MANA   UNSECURED        NOT FILED          .00           .00
CAPITAL ONE                UNSECURED        NOT FILED          .00           .00
CAPITAL ONE                NOTICE ONLY      NOT FILED          .00           .00
CAPITAL ONE                UNSECURED         3643.35           .00           .00
CAPITAL ONE BANK           NOTICE ONLY      NOT FILED          .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00           .00
CHECK & GO                 UNSECURED        NOT FILED          .00           .00
CHECK N GO                 NOTICE ONLY      NOT FILED          .00           .00
ENCORE RECEIVABLE MANAGE   UNSECURED        NOT FILED          .00           .00
ERIN CAPITAL MANAGEMENT    UNSECURED        11419.07           .00           .00
FRANKLIN                   UNSECURED        NOT FILED          .00           .00
INGALLS MEMORIAL HOSPITA   UNSECURED        NOT FILED          .00           .00
INGALLS MEMORIAL HOSPITA   UNSECURED        NOT FILED          .00           .00
INGALLS MEMORIAL HOSPITA   NOTICE ONLY      NOT FILED          .00           .00
JOHN BONDS                 UNSECURED        NOT FILED          .00           .00
JOSEPH & CYNTHIA DUMEZO    UNSECURED        NOT FILED          .00           .00
KEN JOHNSON/SOUTH PARK D   UNSECURED        NOT FILED          .00           .00
LEADING EDGE RECOVERY      UNSECURED        NOT FILED          .00           .00
NATIONAL TITLE LOAN        UNSECURED        NOT FILED          .00           .00
ORCHARD BANK               UNSECURED        NOT FILED          .00           .00
PARK NATIONAL BANK         UNSECURED        NOT FILED          .00           .00
NCO PORTFOLIO MANAGEMENT   UNSECURED        NOT FILED          .00           .00
PRIMARY CARE ASSOCIATES    UNSECURED        NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18050 ANGELA DENISE WALLER
```

```
PRIMARY HEALTHCARE ASSOC  UNSECURED      NOT FILED              .00          .00
PROVIDIAN PROCESSING SER  UNSECURED      NOT FILED              .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       3847.22               .00          .00
PROVIDIAN/WASHINGTON MUT  NOTICE ONLY    NOT FILED              .00          .00
PROVIDIAN/WASHINGTON MUT  NOTICE ONLY    NOT FILED              .00          .00
SBC                       UNSECURED      NOT FILED              .00          .00
SOUTH SUBURBAN CARDIOLOG  UNSECURED      NOT FILED              .00          .00
TELECOM USA               UNSECURED      NOT FILED              .00          .00
THE MENTORING GROUP       UNSECURED      NOT FILED              .00          .00
THE MENTORING GROUP       NOTICE ONLY    NOT FILED              .00          .00
UNITED CASH LOAN          UNSECURED      NOT FILED              .00          .00
UNITED CASH LOANS         NOTICE ONLY    NOT FILED              .00          .00
ER SOLUTIONS INC          UNSECURED       2361.41               .00          .00
WASHINGTON MUTUAL BANK    NOTICE ONLY    NOT FILED              .00          .00
WYSE FINANCIAL SERV       UNSECURED      NOT FILED              .00          .00
VALERIE JOHNSON           NOTICE ONLY    NOT FILED              .00          .00
AMERICASH LOANS LLC       UNSECURED        879.43               .00          .00
MELVIN J KAPLAN           DEBTOR ATTY   3,374.00                             .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00


        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         ---------------      ---------------
TOTALS                        .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                         /s/ Tom Vaughn
    Dated:  04/23/08     _____
                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE



                         PAGE   2
        CASE NO. 07 B 18050 ANGELA DENISE WALLER